NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
      Federal Courthouse, 14th Floor
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-3172
      Facsimile: (213) 894-0142
      E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>52 CARTONS OF MEN'S BRIEFS,<br><br>Defendant. | No.  2:18-CV-09279<br><br>COMPLAINT FOR FORFEITURE<br><br>19 U.S.C. §§ 1526(b), 1526(e) and 1595a(c)(2)(C)<br><br>[C.B.P.] |

        Plaintiff United States of America brings this claim against defendant 52 Cartons

of Men's Briefs, and alleges as follows:

### JURISDICTION AND VENUE

        1.      The government brings this in rem forfeiture action pursuant to 19 U.S.C.

§§ 1526(b), 1526(e) and 1595a(c)(2)(C).

        2.      This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and

1355.

3.      Venue lies in this district pursuant to 28 U.S.C. § 1395(a).

## PERSONS AND ENTITIES

4.      The plaintiff in this action is the United States of America.

5.      The defendant in this action is 52 Cartons of Men's Briefs (the "defendant").  The defendant was contained within the shipment presented for entry into the United States of America at the Los Angeles/Long Beach Seaport on or about April 16, 2015 as Entry Number W69-3388384-6.

6.      The defendant was seized on or about May 18, 2015, by the United States Customs and Border Protection ("CBP") and is currently in the custody of CBP in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7.      The interests of Sunshine Import International Corporation and Puma AG-Rudolf Dassler Sport may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8.      On or about April 16, 2015, the shipment that contained the defendant arrived via ship at the Los Angeles/Long Beach Seaport from Xiamen, China in container number PCIU8895140.  The entry documents, designated as Entry Number W69-3388384-6, identified Sunshine Import International Corporation ("Sunshine") as the shipment's importer and ultimate consignee.  The merchandise was manifested as 960 cartons of "Ladies Bra, Mans Boxer, Ladies Panty, Girl's Brief, Men's Boxers, Men's Briefs, Ladies Briefs."

9.      On April 2, 2015, container number PCIU8895140 was selected for inspection by CBP.  On April 22, 2015, a warehouse examination revealed 52 cartons of "Men's Boxer Shorts" (i.e., the defendant) style number SMB35883 bearing a possible infringement of the "leaping cat" design which is a registered trademark belonging to Puma AG-Rudolf Dassler Sport ("Puma").  On April 23, 2015, a CBP officer sent digital images of the defendant to an import specialist.  The import specialist determined that the marks found on the defendant were substantially indistinguishable from the genuine

1   mark and requested a sample for confirmation.  A sample was sent on April 24, 2015.

2        10.     Also on April 23, 2015, a CBP officer emailed Continental Agency, Inc.

3   ("Continental"), the customs broker for Sunshine, and requested a "letter of

4   authorization" to use Puma's protected trademark.  Continental responded with several

5   documents, but no letter of authorization was ever provided to CBP.  CBP therefore

6   detained the shipment containing the defendant.

7        11.     Based upon its examination of the defendant, CBP determined that the

8   defendant violated a United States trademark belonging to Puma.  The violated

9   trademark was registered with the United States Patent and Trademark Office on May

10  11, 1976, on the Principal Register as Registration Number 1039274 (the "Puma

11  Trademark"), for the "leaping cat" design.  In addition, the Puma Trademark was

12  registered with CBP as CBP Recordation Number TMK 07-00455.  The Puma

13  Trademark constitutes prima facie evidence of trademark registrant Puma's exclusive

14  right to use the Puma Trademark.

15       12.     On or about May 4, 2015, the import specialist who had examined a sample

16  of the defendant confirmed that the trademark on the defendant was counterfeit and

17  substantially indistinguishable from the genuine mark.

18       13.     CBP formally seized the defendant on or about May 18, 2015, after CBP

19  determined that the defendant constitutes a reproduction, counterfeit, copy and/or

20  colorable imitation of Puma's Puma Trademark and resembles Puma's Puma Trademark

21  as to likely cause confusion or mistake, and to deceive persons into the erroneous belief

22  that the defendant is Puma's products or is connected in some way with Puma, in

23  violation of 15 U.S.C. § 1051 et seq.

### FIRST CLAIM FOR RELIEF

25       14.     Based on the above, plaintiff alleges that the defendant is merchandise

26  bearing a counterfeit mark within the meaning of 15 U.S.C. § 1127 (a spurious mark

27  which is identical with or substantially indistinguishable from a registered trademark)

28  imported into the United States in violation of 15 U.S.C. § 1124 (prohibiting importation

1  of goods which copy or simulate a registered trademark).  The defendant is therefore

2  subject to forfeiture pursuant to 19 U.S.C. § 1526(e).

3  <center>SECOND CLAIM FOR RELIEF</center>

4      15.    Based on the above, plaintiff alleges that the defendant is merchandise

5  bearing a trademark owned by Puma, a corporation organized within the United States.

6  The defendant is therefore subject to forfeiture pursuant to 19 U.S.C. § 1526(b).

7  <center>THIRD CLAIM FOR RELIEF</center>

8      16.    Based on the above, plaintiff alleges that the defendant bears a counterfeit

9  mark within the meaning of 15 U.S.C. § 1127 (a spurious mark which is identical with or

10  substantially indistinguishable from a registered trademark) and is merchandise

11  introduced or attempted to be introduced into the United States contrary to 15 U.S.C.

12  § 1124 (prohibiting importation of goods which copy or simulate a registered trademark)

13  and § 1125 (prohibiting false designation of origin of goods and false and misleading

14  representations likely to cause confusion, mistake or deception as to an affiliation

15  between the importer and registered trademark owner or as to the origin, sponsorship or

16  approval of the defendant by the registered trademark owner).  The defendant is

17  therefore subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(C).

18      WHEREFORE, plaintiff United States of America prays:

19      (a)    that due process issue to enforce the forfeiture of the defendant;

20      (b)    that due notice be given to all interested parties to appear and show cause

21  why forfeiture should not be decreed;

22      (c)    that this Court decree forfeiture of the defendant to the United States of

23  America for disposition according to law; and

24  //

25  //

26

27

28

<center>4</center>

1      (d)    for such other and further relief as this Court may deem just and proper,

2  together with the costs and disbursements of this action.

3  Dated: October 30, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


          /s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5

1

**VERIFICATION**

2      I, Esther Marshall, hereby declare that:

3      1.      I am the Acting Fines, Penalties, and Forfeitures ("FP&F") Officer with the

4 U.S. Customs and Border Protection ("CBP") for the Los Angeles/Long Beach Seaport

5 Port of Entry and am familiar with the investigation that led to the filing of the civil

6 forfeiture matter entitled <u>United States of America v. 52 Cartons of Men's Briefs</u>.

7      2.      I have read the above Complaint for Forfeiture and know the contents

8 thereof.

9      3.      The information contained in the Complaint is within my personal

10 knowledge or was made known to me from my review of reports and information within

11 CBP's official file relating to this matter and my discussions with other CBP personnel.

12 I am informed and believe that the allegations set out in the Complaint are true.

13      I declare under penalty of perjury that the foregoing is true and correct.

14      Executed October **29**, 2018 in Long Beach, California.

15

16

17                         Esther Marshall
                        Acting Fines, Penalties, and Forfeitures Officer

18                         U.S. Customs and Border Protection

19

20

21

22

23

24

25

26

27

28