# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> 52 CARTONS OF MEN'S BRIEFS, <br> Defendant. | No. 2:18-CV-09279-MRW <br><br> CONSENT JUDGMENT OF FORFEITURE |

Plaintiff and Sunshine Import International Corporation ("Sunshine") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims and answers have been filed, and the time for filing claims and answers has

expired. Sunshine is relieved of filing a claim and answer. All potential claimants to the defendant 52 Cartons of Men's Briefs (the "defendant"), are deemed to have admitted the allegations of the Complaint except Sunshine. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant and no other person or entity shall have any right, title or interest therein. The government shall dispose of the defendant according to law.

4. The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with this matter and the seizure, retention and forfeiture of the defendant.

IT IS SO ORDERED.

Dated: January 30, 2019

The Honorable Michael R. Wilner
United States Magistrate Judge

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　/s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA